■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM SOSTRE, Appellant. [792 NYS2d 916]—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Starkey, J.), rendered April 28, 2004, convicting him of criminal possession of a weapon in the third degree and criminal possession of a controlled substance in the fifth degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see Anders v California*, 386 US 738 [1967]; *People v Paige*, 54 AD2d 631 [1976]; *cf. People v Gonzalez*, 47 NY2d 606 [1979]). Prudenti, P.J., Schmidt, Santucci, Luciano and Spolzino, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LEROY WILLIAMS, Appellant. [792 NYS2d 916]—Appeal by the defendant from a judgment of the County Court, Westchester County (Alessandro, J.), rendered February 2, 2004.

Ordered that the judgment is affirmed.

Appellate review of the issues raised by the defendant was effectively waived by him as part of his plea agreement. Accordingly, the judgment of conviction is affirmed (*see People v Callahan*, 80 NY2d 273 [1992]; *People v Seaberg*, 74 NY2d 1 [1989]). Adams, J.P., Cozier, Ritter and Skelos, JJ., concur.